UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MINOO P. HEDJRAN, Trustee of the Minoo P. Hedjran Living Trust Dated February 10, 2003; FAZ M. POURSOHI; FAZ RESTAURANT DANVILLE, INC., a California Corporation; and Does 1-10,<br><br>　　　　Defendants. | Case: 3:16-CV-01862-HSG<br><br>**ORDER** |

**ORDER**

Pursuant to F.R.CIV.P.41(a)(1), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: 8/19/2016      _/s/ Haywood S. Gilliam Jr._
　　　　　　　　　　HONORABLE HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

1